of taxes. There was no adequate proof of the tenant's assertion that he had been authorized to spend something for repairs and offset it against the taxes; but, even if that claim had been allowed, his expenditures did not equal the taxes, and the landlord's right to a final order was established. There was nothing to submit to the jury. The so-called judgment must be reversed, with costs to the appellant, and the cause remitted to the Municipal Court for trial and disposition as a summary proceeding.

WICKS, Jr., Respondent, v. LONDON & LANCASHIRE FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. February, 1905.) Action by Jacob Wicks, Jr., against the London & Lancashire Fire Insurance Company. No opinion. Judgment affirmed, with costs. Opinion* by INGRAHAM, J.

WICKS, Jr., Appellant, v. LONDON & LANCASHIRE FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. February, 1905.) Action by Jacob Wicks, Jr., against the London & Lancashire Fire Insurance Company. No opinion. Judgment ordered for plaintiff as directed in opinion, with costs. Opinion* by INGRAHAM, J.

WITT, Respondent, v. FEUCHTWANGER, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Katharina Witt against Rosina Feuchtwanger. L. M. Isaacs, for appellant. J. Marks, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WITZIGMAN v. CARSON. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Elizabeth Witzigman against John W. Carson, as administrator. No opinion. Appeal dismissed, on stipulation, without costs.

WOLLOWITZ, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Louis Wollowitz, an infant, against the New York City Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. William E. Weaver, for appellant. Feltenstein & Rosenstein, for respondent.

PER CURIAM. No attempt was made on the trial to contradict the plaintiff's witnesses. The trial judge, from the evidence before him, had

*Opinion withheld by court.

a right to find the defendant negligent and the infant not negligent. The judgment appealed from is affirmed, with costs.

WOOLF v. SCHAEFFER. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by James A. Woolf against Bertha L. Schaeffer. No opinion. Motion denied, with $10 costs.

WORDEN, Respondent, v. BENTLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Arthur Worden against Clarence D. Bentley.

PER CURIAM. Motion to dismiss appeal granted, unless within 30 days after service of a copy of this order, together with notice of entry thereof, the appellant serves and files the printed papers on appeal, and perfects his appeal by serving notice thereof upon the clerk of the county of Ontario, leave to serve which said notice, as of the date of service upon the attorney for the respondent, is hereby granted, pursuant to the stipulation of respondent's attorney made in open court. Upon compliance with the provisions hereof, said motion is denied.

W. & J. SLOANE v. TIFFANY. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by W. & J. Sloane against Burnett Y. Tiffany. No opinion. Motion denied, with $10 costs.

YANNUZZI v. GRAPE. (Supreme Court. Appellate Division, First Department. June 9, 1905.) Action by Pasquale Yannuzzi against James E. Grape. No opinion. Motion denied, with $10 costs.

ZIKA, Respondent, v. WELLS, FARGO & CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Teresie Zika, as administratrix, against Wells, Fargo & Co. E. L. Richards, Jr., for appellant. E. S. Merrill, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $2,679.41, in which event, judgment as so modified and order affirmed, without costs.

ZIPKES, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Fanny Zipkes against the Metropolitan Street Railroad Company. B. H. Ames, for appellant. H. Flugelman, for respondent. No opinion. Judgment and order affirmed, with costs.

END OF CASES IN VOL. 94.